UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| In re:<br><br>Michele Sekelsky,<br>*and* Michele Marie Sekelsky,<br>    Debtors<br><br>U.S. Bank National Association, Not In Its Individual Capacity But Solely As Trustee For The Cim Trust 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1<br>    Movant<br> v.<br>Michele Sekelsky,<br>*and* Michele Marie Sekelsky<br>    Debtors/Respondent<br><br>Charles J DeHart, III, Esquire<br>    Trustee/Respondent | Bankruptcy No. 5:19-bk-04796-RNO<br><br>Chapter 13<br><br>Related to Doc. No. 15 |

## WILMINGTON SAVINGS FUND SOCIETY'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

Secured creditor, U.S. Bank National Association, Not In Its Individual Capacity But Solely As Trustee For The Cim Trust 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1, ("U.S. Bank"), by and through its undersigned counsel, hereby objects to the proposed Chapter 13 Plan of Debtors, Michele Sekelsky, and in support thereof alleges as follows:

1. Debtors, Michele Sekelsky ("Debtors"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on November 8, 2019.

18-157620
WILCZEWSKI, CHRISTINE
Objection to Confirmation
Page 1

Case 5:19-bk-04796-RNO    Doc 17    Filed 11/27/19    Entered 11/27/19 15:51:04    Desc
Main Document    Page 1 of 5

2. U.S. Bank holds a security interest in the Debtor's real property located 508 River Street, Dickson City, PA 18519 (the "Property"), by virtue of a Mortgage recorded with the Bucks County Recorder of Deeds on March 4, 2004 in Book 1175, at Page 139, which has ultimately been assigned to U.S. Bank.

3. Said Mortgage secures a Note in the amount of $37,500.00.

4. On November 21, 2019, Debtor filed a Chapter 13 Plan (the "Plan"). A true and correct copy of the Plan is attached hereto as Exhibit "A."

5. The Plan fails to include treatment of U.S. Bank's claim. The subject property and claim are, however, listed in Debtor's schedules. U.S. Bank objects to the Plan and seeks clarification as to Debtors' intentions in regard to the subject property and claim.

6. Thus, the Plan is unclear, as therefore, infeasible.

7. Accordingly, pursuant to 11 U.S.C.A. § 1325(a)(5) U.S. Bank National Association, Not In Its Individual Capacity But Solely As Trustee For The Cim Trust 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 hereby objects to Debtors' proposed Plan due to the fact that the treatment of Secured Creditor's Claim is not accounted for in the Plan filed by the Debtor. See 11 U.S.C.A. § 1322(b)(3) and (b)(5).

18-157620
WILCZEWSKI, CHRISTINE
Objection to Confirmation
Page 2

Case 5:19-bk-04796-RNO    Doc 17    Filed 11/27/19    Entered 11/27/19 15:51:04    Desc
Main Document    Page 2 of 5

WHEREFORE, Secured creditor, U.S. Bank National Association, Not In Its Individual Capacity But Solely As Trustee For The Cim Trust 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1, respectfully requests that this Court not confirm Debtors' Chapter 13 Plan.

Respectfully Submitted,
RAS Crane, LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Kevin Buttery
Kevin Buttery, Esquire
Pennsylvania Bar Number 319438
Email: kbuttery@rascrane.com

Date: November 27, 2019

18-157620
WILCZEWSKI, CHRISTINE
Objection to Confirmation
Page 3

Case 5:19-bk-04796-RNO    Doc 17    Filed 11/27/19    Entered 11/27/19 15:51:04    Desc
Main Document    Page 3 of 5

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
# WILKES-BARRE DIVISION

| | |
|---|---|
| In re:<br><br>Michele Sekelsky,<br>*and* Michele Marie Sekelsky,<br>        Debtors<br><br>U.S. Bank National Association, Not In Its Individual Capacity But Solely As Trustee For The Cim Trust 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1<br>        Movant<br>  v.<br>Michele Sekelsky,<br>*and* Michele Marie Sekelsky<br>        Debtors/Respondent<br><br>Charles J DeHart, III, Esquire<br>        Trustee/Respondent | Bankruptcy No. 5:19-bk-04796-RNO<br><br>Chapter 13<br><br>Related to Doc. No. 15 |

## **CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on November 27, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

PATRICK JAMES BEST
ARM LAWYERS
18 NORTH 8TH STREET
STROUDSBURG, PA 18360

18-157620
WILCZEWSKI, CHRISTINE
Objection to Confirmation
Page 4

Case 5:19-bk-04796-RNO    Doc 17    Filed 11/27/19    Entered 11/27/19 15:51:04    Desc
Main Document    Page 4 of 5

MICHELE SEKELSKY
*aka* MICHELE MARIE SEKELSKY
508 RIVER STREET
DICKSON CITY, PA 18519


CHARLES J DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

                        Respectfully Submitted,

                        RAS Crane, LLC
                        Attorney for Secured Creditor
                        10700 Abbott's Bridge Road, Suite 170
                        Duluth, GA 30097
                        Telephone: 470-321-7112
                        Facsimile: 404-393-1425

                        By: /s/Kevin Buttery
                        Kevin Buttery, Esquire
                        Pennsylvania Bar Number 319438
                        Email: kbuttery@rascrane.com

Date: November 27, 2019

18-157620
WILCZEWSKI, CHRISTINE
Objection to Confirmation
Page 5

Case 5:19-bk-04796-RNO    Doc 17    Filed 11/27/19    Entered 11/27/19 15:51:04    Desc
Main Document    Page 5 of 5