UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  MICHELE SEKELSKY | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| MICHELE SEKELSKY | : | |
| Respondent(s) | : | CASE NO.   5-19-bk-04796 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

        AND NOW, this   16th   day of December, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

        1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.   More specifically,

        Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

        a.   Earning capacity

        2.   Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7.   More specifically, debtor's have excess non-exempt equity in the following:

        a.   Residential real estate

        WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

        a.   Deny confirmation of debtor(s) plan.
        b.   Dismiss or convert debtor(s) case.
        c.   Provide such other relief as is equitable and just.

                                Respectfully submitted:

                                /s/Charles J. DeHart, III
                                Standing Chapter 13 Trustee
                                8125 Adams Drive, Suite A
                                Hummelstown, PA 17036

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this   20th   day of December, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Patrick Best, Esquire
18 N. 8th Street
Stroudsburg, PA   18360


/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee